AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

ERIBERTO GONZALEZ-RUIZ

CASE NUMBER: 08CR852-H

I, ERIBERTO GONZALEZ-RUIZ, the above named defendant, who is accused of

committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _3/20/08_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X _Eriberto Gonzalez_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY