**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
Facsimile:    (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Mr. Gonzalez-Ruiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**ERIBERTO GONZALEZ-RUIZ**,  )<br>  )<br>           Defendant.  )<br>_____) | Case No. 08cr0852-H<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

TO:     KAREN HEWITT, UNITED STATES ATTORNEY;
          SABRINA FEVE, ASSISTANT UNITED STATES ATTORNEY;
          JENNIFER GASTON, UNITED STATES PROBATION OFFICER.

   Eriberto Gonzalez-Ruiz, by and through his attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Mr. Gonzalez-Ruiz, jointly moves with Assistant United States Attorney Sabrina Feve, that the sentencing hearing currently set for June 16, 2008, at 9:00 a.m. be continued until August 18, 2008, at 9:00 a.m.  The extension of time is necessary due to scheduling conflicts delaying the pre-sentencing interview.  Mr. Gonzalez-Ruiz is currently on bond.  An acknowledgment of next court date has been signed by Mr. Gonzalez-Ruiz and attached to this motion.  The parties also agree that time should be excluded under the speedy trial act.

//

//

//

1    For the foregoing reasons, the parties jointly request that the sentencing hearing be continued until
2 August 18, 2008, at 9:00 a.m.

4 Dated: May 23, 2008                        /s/ Leila W. Morgan
                                             **LEILA W. MORGAN.**
5                                            Federal Defenders of San Diego, Inc.
                                             Attorneys for Mr. Gonzalez-Ruiz
6                                            Leila_Morgan@fd.org

8 Dated: May 23, 2008                        /s/ Sabrina Feve
                                             **SABRINA FEVE**
                                             Assistant United States Attorney
9                                            Sabrina.Feve@usdoj.gov

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Sabrina Feve**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557-5662
Fax: (619)235-2757
Email: Sabrina.Feve@usdoj.gov

Dated: May 23, 2008            /s/ Leila W. Morgan
                               **LEILA W. MORGAN.**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Gonzalez-Ruiz
                               Leila_Morgan@fd.org