1  **LEILA W. MORGAN**
   California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Leila_Morgan@fd.org

5  Attorneys for Eriberto Gonzalez-Ruiz

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                       (HON. MARILYN L. HUFF)

| UNITED STATES OF AMERICA, | ) Criminal No. 08CR0852-H |
|---|---|
| Plaintiff, | ) ACKNOWLEDGMENT |
| v. | ) OF NEXT COURT DATE |
| ERIBERTO GONZALEZ-RUIZ, | ) |
| Defendant. | ) |

I, ERIBERTO GONZALEZ-RUIZ, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is August 18, 2008, at 9:00 a.m. before the Honorable Marilyn L. Huff.

I declare that the foregoing is true and correct.

Dated: 5-20-08                              _____
                                            ERIBERTO GONZALEZ-RUIZ

H:\FORMS\ackncd.unn

1 | **CERTIFICATE OF SERVICE**

2 Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3 information and belief, and that a copy of the foregoing document has been served this day upon:

4 **Sabrina Feve**
U S Attorneys Office Southern District of California
5 Civil Division
880 Front Street
6 Suite 6253
San Diego, CA 92101
7 (619)557-5662
Fax: (619)235-2757
8 Email:  Sabrina.Feve@usdoj.gov

9

10 Dated: May 23, 2008         /s/ Leila W. Morgan
         **LEILA W. MORGAN.**
11       Federal Defenders of San Diego, Inc.
         Attorneys for Mr. Gonzalez-Ruiz
12       Leila_Morgan@fd.org