UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08cr0852-H |
| Plaintiff, ) | ORDER CONTINUING SENTENCING HEARING |
| v. ) | |
| **ERIBERTO GONZALEZ-RUIZ**, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.) requesting the continuance of the sentencing hearing currently set for June 16, 2008, at 9:00 a.m. until **August 18, 2008, at 9:00 a.m.**, be **GRANTED.** The Court also finds that time should be excluded under the Speedy Trial Act until the acceptance of the plea. The defendant is currently on bond, a signed acknowledgment of next court date was filed with the joint motion.

**SO ORDERED.**

Dated: May 28, 2008

**HONORABLE MARILYN L. HUFF**
United States District Judge