KAREN P. HEWITT
United States Attorney
DOMINIC E. KARDUM
Assistant U.S. Attorney
California State Bar No. 229420
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
Email: dominic.kardum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Criminal Case No.    08-CR-0852-H |
| ) | | |
| Plaintiff, ) | | NOTICE OF APPEARANCE |
| ) | | |
| v. ) | | |
| ) | | |
| ERIBERTO GONZALEZ-RUIZ, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

    1.    None..

//

//

//

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4 |     1.    Sabrina L. Feve.

5 | Please feel free to call me if you have any questions about this notice.

6 | DATED: July 24, 2008.

7 |     KAREN P. HEWITT
    United States Attorney

10 | s/Dominic E. Kardum
    DOMINIC E. KARDUM
    Assistant U.S. Attorney

Notice of Appearance                                          08-CR-0852-H
United States v. Eriberto Gonzalez-Ruiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08-CR-0852-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| ERIBERTO GONZALEZ-RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1.  Leila W. Morgan
    Federal Defenders Inc.
    225 Broadway, Suite 900
    San Diego, CA 92101
    Leila_Morgan@fd.org.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 24, 2008.

                                                            s/Dominic E. Kardum
                                                            DOMINIC E. KARDUM
                                                            Assistant U.S. Attorney

Notice of Appearance                                                                               08-CR-0852-H
United States v. Eriberto Gonzalez-Ruiz